# Mary Ellen Coleman

**From:** Richard Pryor <rpryor@combinedpublic.com>
**Sent:** Wednesday, April 26, 2023 12:21 PM
**To:** Mary Ellen Coleman; subpoenas@combinedpublic.com
**Cc:** James Allard; Phil Sargent
**Subject:** Re: (Caution: External)RE: James Edward Whisenant phone call

Good afternoon Ms. Coleman,

I want to apologize for the confusion. CPC provides long term storage for audio recordings in a single channel/mono format. Transylvania County North Carolina does subscribe to an optional voice biometric service that CPC provides that does store recordings in a two-channel/stereo recording for 30 days. The requested call is from May of 2022, and unfortunately that call is no longer available in two-channel/stereo format.

Thank you,

Richard Pryor
Combined Public Communications
Custodian of Records
859-547-5447 office
859-640-7749 wireless
rpryor@combinedpublic.com

---

**From:** Mary Ellen Coleman <MaryEllen_Coleman@fd.org>
**Date:** Tuesday, April 25, 2023 at 2:04 PM
**To:** subpoenas@combinedpublic.com <subpoenas@combinedpublic.com>
**Cc:** James Allard <James_Allard@fd.org>, Phil Sargent <psargent@combinedpublic.com>
**Subject:** (Caution: External)RE: James Edward Whisenant phone call

> Caution: This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact itsupport@combinedpublic.com.

Hello, everyone. I just need to clarify and verify the following – the purpose and language of the subpoena was to obtain a copy of the recording of the targeted phone call with both channels so that we could discern which party was speaking. The recording that was provided was an mp3 with both channels (which the government had already provided us). My investigator was advised earlier today that the copy with "both channels" would only have been retained for 30 days and no longer exists. Can someone verify this for me in writing?

Here is the language of the Order for subpoena:

An audio recording of an inmate phone call on May 31, 2022 at 4:27 PM from the Transylvania County Jail between Defendant and is mother, which originated from 828-884-1011 and was made to 757-620-8925. **The recording should be produced, if possible, in a format that allows only the inmate's side of the conversation or the recipient's side of the conversation to be played.**

Thanks,

1

# Mary Ellen Coleman
Assistant Federal Public Defender
Asheville Branch Chief



Federal Public Defender
Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
Tel: (828) 232-9992
Fax: (828) 232-5575
E-mail: Mary_Ellen_Coleman@fd.org

**CONFIDENTIALITY NOTE**

This e-mail, and any attachments accompanying this e-mail, contains information from the Federal Public Defender Western District of North Carolina that is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.

---

**From:** subpoenas@combinedpublic.com <subpoenas@combinedpublic.com>
**Sent:** Monday, April 24, 2023 1:45 PM
**To:** Mary Ellen Coleman <MaryEllen_Coleman@fd.org>
**Cc:** James Allard <James_Allard@fd.org>; Phil Sargent <psargent@combinedpublic.com>; subpoenas@combinedpublic.com
**Subject:** James Edward Whisenant phone call

Good afternoon,

Attached is the requested call by James Edward Whisenant on 5/31/22 to phone number 757-620-8925 along with a letter of authenticity. Please let me know if you need anything else.

Thank you,

Chris
Fraud Analyst



---

**From:** Phil Sargent <psargent@combinedpublic.com>
**Sent:** Monday, April 24, 2023 9:39 AM
**To:** subpoenas@combinedpublic.com
**Cc:** Phil Sargent <psargent@combinedpublic.com>
**Subject:** Fwd: (Caution: External)Subpoena for Transylvania County Jail phone records.

Please see the attached subpoena.

Thank you!

Phil Sargent

Begin forwarded message:

> From: James Allard <James_Allard@fd.org>
> Date: April 24, 2023 at 09:35:54 EDT
> To: Phil Sargent <psargent@combinedpublic.com>
> Cc: Mary Ellen Coleman <MaryEllen_Coleman@fd.org>
> Subject: (Caution: External)Subpoena for Transylvania County Jail phone records.

**Caution:** This is an external email. Please take care when clicking links or opening attachments. When in doubt, contact itsupport@combinedpublic.com.

Phil,

Attached is the subpoena and Court Order for the phone records we discussed. THE LAST page is a memo highlighting the date and time of the call, the originating phone number and the target phone number. That same information is in the body of the subpoena but I just wanted to make it easier to find.

My cell number is the best number to reach me. It is ( ▓▓▓▓▓▓▓▓ The attorney on this case is listed at the bottom of the subpoena.
Her name is Mary Ellen Coleman and she can be reached to (828) 232-9992.

Thank you for your assistance in this matter.
Jim

**Jim Allard**
Investigator

Federal Public Defender
Western District of North Carolina
1 Page Ave., Suite 210
Asheville, NC 28801
Tel: (828) 232-9992
Direct: (828) 210-7575
E-mail: james_allard@fd.org

**CONFIDENTIALITY NOTE**

This e-mail, and any attachments accompanying this e-mail, contains information from the Federal Public Defender Western District of North Carolina that is confidential or privileged. The information is intended only for the use of the individual(s) or entity(s) named in this e-mail. If you are not the intended recipient, be aware that any disclosure, copying,

<span style="color:red">distribution, or use of the contents of this information is prohibited. If you have received this e-mail in error, please notify us immediately by reply e-mail.</span>

CPC Legal Notice: The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your records. Thank you for your cooperation.