CALL FROM JAMES WHISENANT TO CHERYL WHISENANT

TAKEN AT TRANSYLVANIA COUNTY JAIL

BREVARD, NORTH CAROLINA

MAY 31ST, 2022

REPORTED BY:  Electronic Audio Recording Device

TRANSCRIBED BY:  Carolyn Bachand
                 ASHEVILLE REPORTING SERVICE

1    (Document CB1325)

2                   <u>INDEX</u>

3    USA-00001698. . . . . . . . . . . . . . . . .   3

4    Certificate of Notary Public . . . . . . . .   9

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    <u>BY MS. WHISENANT:</u>

2        Hello.

3    <u>BY MR. WHISENANT:</u>

4        Hello.

5    <u>BY MS. WHISENANT:</u>

6        Hey, how you doing?

7    <u>BY MR. WHISENANT:</u>

8        I'm doing.  I don't have a lot of time.

9        They're going to be moving me to the block

10       now.  You already talked to the lawyer?

11   <u>BY MS. WHISENANT:</u>

12       Yes, I spoke with her.  I tried to -- I'm

13       going to have to go to the bank.  I can't get

14       your email.  Nothing's coming.  When the bank

15       says they're sending something I can't get to

16       it, so I don't know what's going on.

17   <u>BY MR. WHISENANT:</u>

18       It could ---

19   <u>BY MS. WHISENANT:</u>

20       Huh?

21   <u>BY MR. WHISENANT:</u>

22       It could go to junk.

23   <u>BY MS. WHISENANT:</u>

24       I don't know.

25   <u>BY MR. WHISENANT:</u>

1          Did you get the information about the truck?

2    BY MS. WHISENANT:

3          Yes, I talked -- yes, and where the truck is.

4          I'm trying to find a way to get it home, so

5          (pause) ---

6    BY MR. WHISENANT:

7          Okay.  It looks pretty bad.  Go ahead and sell

8          everything.  Okay?

9    BY MS. WHISENANT:

10         What do you mean it looks pretty bad?

11   BY MR. WHISENANT:

12         It just -- it -- I don't know what they told

13         you but it looks like it's going to be pretty

14         bad.  Just how bad I don't know.  So go ahead

15         and pretty much sell everything.  And remember

16         what I told you to do if something ever

17         happens to me?

18   BY MS. WHISENANT:

19         Give Curtis the computer.

20   BY MR. WHISENANT:

21         Uh-huh (Affirmative).

22   BY MS. WHISENANT:

23         Yeah.  I'm not doing anything until we see

24         what's happening next Monday.

25   BY MR. WHISENANT:

1        Okay.  Oh, and I have a tentative visitation

2        for you and Carlos here Saturday about four

3        o'clock.

4  BY MS. WHISENANT:

5        Down there?

6  BY MR. WHISENANT:

7        Yes.

8  BY MS. WHISENANT:

9        You know I can't get there, son.

10  BY MR. WHISENANT:

11        I -- they just said make something or there's

12        no possibility.

13  BY MS. WHISENANT:

14        Okay.  Well, Carlos is still injured from that

15        car accident and he's not feeling very good,

16        so (pause) ---

17  BY MR. WHISENANT:

18        I didn't know that he got into a car accident.

19  BY MS. WHISENANT:

20        Yeah.

21  BY MR. WHISENANT:

22        It seems that the text messages you had to

23        send -- you were sending me have to -- have to

24        be approved before I get them.

25  BY MS. WHISENANT:

1          Oh, okay.  I didn't know.

2     BY MR. WHISENANT:

3          So ---

4     BY MS. WHISENANT:

5          But anyway, we got ahold -- we got ahold of

6          the cat guy ---

7     BY MR. WHISENANT:

8          Okay.

9     BY MS. WHISENANT:

10         --- and he's -- he will be texting you a

11         couple of times to confirm, just as a

12         protection for you, too, that you're not going

13         to get the cats because you're not answering

14         his texts, so (pause) ---

15    BY MR. WHISENANT:

16         Okay.

17    BY MS. WHISENANT:

18         But he knows why you're not answering his

19         texts.

20    BY MR. WHISENANT:

21         Okay.

22    BY MS. WHISENANT:

23         So what -- you want me to sell the house and

24         the horses?

25    BY MR. WHISENANT:

```
1          No, sell my stuff.  The ATV, the trailer, the
2          guns.  And -- and talk to the lawyer about
3          getting me a power of ---
4    (INTERRUPTION BY TERMINATION WARNING)
5    BY MS. WHISENANT:
6          Getting what?
7    BY MR. WHISENANT:
8          Get the lawyer to set up a power of attorney
9          for me to give to you.
10   BY MS. WHISENANT:
11         Okay.  You talk to her, have her do that.
12   BY MR. WHISENANT:
13         Yeah, I did but at that time it just totally
14         skipped my mind and I don't know when I'm
15         going to talk to her again.  You can call her
16         and let her know.
17   BY MS. WHISENANT:
18         Okay.  Um, yeah, okay, I will do that.  But
19         don't jump through any hoops.
20   BY MR. WHISENANT:
21         But please text me Carlos' number, and do me
22         the biggest favor.
23   BY MS. WHISENANT:
24         Strip your computer?  I hate that ---
25   BY MR. WHISENANT:
```

```
1          The biggest favor I need you to do is stay

2          strong for me.  You're my rock.

3     BY MS. WHISENANT:

4          You are mine.

5     (INTERRUPTION BY TERMINATION WARNING)

6     BY MS. WHISENANT:

7          I love you.

8     BY MR. WHISENANT:

9          I know I was yours and I was stupid.  Very

10         stupid.  But please be my rock.

11    BY MS. WHISENANT:

12         Okay.  I will -- you just need me to email you

13         Carlos' phone number?

14    BY MR. WHISENANT:

15         Yes, ma'am.

16    BY MS. WHISENANT:

17         All right.

18    BY MR. WHISENANT:

19         I love you, mom.

20    BY MS. WHISENANT:

21         I love you, too, son.  Bye-bye.

22    BY MR. WHISENANT:

23         Bye.

24    (THE RECORDING OF THE ABOVE-CAPTIONED CALL WAS

25    TERMINATED)
```

<u>CERTIFICATE</u>

I do hereby certify that the foregoing constitutes a transcript of the above-captioned phone call that was electronically recorded; that this transcript was produced by me; that I was not present at the time of the phone calls; that I did listen to the recording with diligence; and that the transcript produced is a verbatim record of what is on the recording, to the best of my ability to hear and comprehend.

I certify that I am not financially interested in the outcome of this action, a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of such attorney or counsel.

*Carolyn Bachand*

Carolyn Bachand

Sworn before me this 14th day of March, 2023.

*Eduardo Diez*

Eduardo Diez, Notary Public

Notary Public Number: 200811600134