# Carlos Pabon

█████████

Newport News VA 23602

cpabon@aimservicesinc.com

█████████

To: The Honorable Max O. Cogburn, Jr.

Re: United States v. James Edward Whisenant Jr.: 1:22-CR-44

This letter is to provide information for the sentencing of James Whisenant Jr.

My name is Carlos A. Pabon and I live in Newport News, VA. I am 47 years old. In 2005, I married Jennifer Smeland and we had a child, Alexis Lynn Pabon. In 2012, Jennifer and I got divorced. Alexis is 18 and going to graduate from high school and will be going to ECU in NC. In 2014 I met Dania Luna whom I met a job site in Williamsburg. Dania has three kids who lived with us up till 2020. My stepson (Danny 20 years old), Joined the US Army and went to boot camp in 2020 and now is stationed in Louisiana. My stepdaughter (Marjury 21 years old), met a guy, moved to NC, and now I have a grandson who is 2 years old (Ariel). Fernando who is 13 still lives at home. Fernando and Alexis are very close and they do a lot together. Dania is involved with her church, spends a lot of time there and does many events with the church. I have been with AIM Services for 19 years this April. I am currently the VP/Operations Manager of the company. I like to ride ATV's and work on them.

I met James Whisenant in 2004 when I first started with the company as a supervisor. James has always been picked on because he was slower mentally than the other guys. I know what he did was wrong and should pay the consequences, but he is a little boy in a big boy body. I have always felt bad for him. Through out the years I built a friendship with Jim to help him feel better and have someone to talk with. He would complain a lot to me because of the guys, type of work he was doing and the hours we worked. Getting him to work at jobs was hard. He honestly is a good person but made bad decisions. Over the years we have gotten close, and it was not easy because sometimes he didn't get my points as his boss. After many years, I bought an ATV and then many followed, and James was one of them. There was a total of 5 of us who would go riding in the mountains and go ride anywhere we could. I always would invite him to help him get closer to the other guys, feel included and more comfortable around other coworkers. As the other workers got to know James, they began to like him and associate with him on and off the job. James calls me a lot every week and I want to be there for him while he is incarcerated. I feel bad cause he will believe anything the other inmates in there tell him and he will do anything they say.

James is a good guy and I am certain he will not do anything like this again. I feel like he is in my office and I'm explaining to him the rights and wrongs when he calls me from the jail. This was a

nonstop conversation we had and it always felt like I was talking to my little son when he didn't understand something. James is very loyal to his mother and would always worry about her, her feelings, and her health. He would call his mother 2-3 times while on the job. When James finally gets out, I am determined to help him get his life back on track. I will help him adapt to society again and help him find a good job with our company or elsewhere. I think now after 8 months in jail he understands what he did wrong. I am a true believer he will never do this again will stick by him to make sure he does well in life after his release. James is determined to do well after his punishment and get home. These are conversations we have a lot. If everyone would give him chance and get to know him, they would see and understand him. He is slow but a good-hearted person who doesn't quite understand all the time. I have always called his mother 'Mom' and have been by her since the start of all this and will continue to be by her side till the end of his time served. I hope you take my letter into a little consideration even though he did wrong, but he is a good person.

Respectfully,

*Carlos Pabon*
Carlos Pabon

To the attention of: The Honorable Max O. Cogburn, Jr.

Dear Sir, I am writing this in support of Mr. James Whisenant, who is currently in jail for a felony. I have known the Whisenants for five years and have become very close friends with Cheryl Whistenant, Jim's mother. This friendship has allowed me the opportunity to know Jim and to see him very often in the past. I have been friends with the family since August 2017, when my truck broke down in front of their home on Whalleyville Blvd. As this is one of the most dangerous roads in Suffolk and I was totally unaware of the danger, (because I was just moving in to Suffolk); Jim came running out to my truck and said "You can't stay on that road, it is very dangerous, so you need to pull into our driveway". So I did and a friendship began between me, my husband and the Whisenant's. Jim's kindness was my first experience in Suffolk. He showed so much care over the years, always willing to help anyone in need and always there for his mother. My husband and I have shared many experiences with the Whisenants, some very painful like the loss of James Whisenant, Sr. Through everything, Jim has supported his mother and shared his life with her. They both are the kindest people I know, and would do anything to help a person in need.

I know Jim has limitations, but they have not altered his caring attitude and kind heart. I can assure anyone asking, that Jim Whisenant would never do harm to anyone or intentionally break the law.

My name is Deborah Carpenter Wilson and I live at ███████████████, Suffolk, VA 23438, phone ███████████. I am 68 and have a Bachelor's Degree in Accounting and have lived in Hampton, Poquoson, Newport News, Virginia Beach, Norfolk, and now Suffolk. I have met thousand of people and have many friends, but very few reliable "real friends". I consider Jim and Cheryl Whisenant among the best people I have ever met.

Deborah Wilson
January 20, 2023

Robert & Denise Sparkman

▇▇▇▇▇▇▇▇▇▇▇▇

Waterford Works, NJ

08089

▇▇▇▇▇▇▇

The Honorable Max O. Cogburn, Jr.

On behalf of Mr. Whisenant,

Your honor,

We are writing this letter for your consideration in the sentencing hearing for James Whisenant.

We are a retired Military Family.  Serving 30 years in the Navy retiring as a Naval Officer with the support of my wife.  I am currently a Federal Employee delivering Naval Aviation Training to various Ship/Shore stations in support of service members.

We met James through his Mother and Father while stationed in Norfolk, Va. While looking at some horses his parents where selling.  We developed into an extended family celebrating numerous Holidays going to diner or breakfast throughout the approx. 20 years.  Almost weekly interaction. In that time we have not witnessed James going out to party. We have never witnessed him drinking or having a hangover and not performing his chores.  James was always helping his parents with the aspects of the small farm. Along with gardening, mowing and general maintenance included in maintaining a home. He did seem to enjoy getting into fishing and camping with his work related friends.

Before his father passed they built him a small apartment on the farm so both could have their own space. But still be close enough to help manage either James Senior or Cheryl's health.  James always checked in on his parents daily. Even if he was off somewhere he would call or text his mother they are very close.

We think James has potential for rehabilitation more than most. We believe that James has always had the best of intentions and we are certain the time away from his work and family have had an enormous impact on his character and metal wellbeing.  James and his mother are really about all they have there in the Suffolk area. His Father was a retired Naval Senior Chief and a retired Federal employee who regularly held James accountable and applied years of exceptional leadership into the life of James. Although by age James is pretty close to our age there is without question a learning disability that his parents have worked hard to overcome ensuring James is a functioning member of society. They have done very well overcoming this as evident by his work history and non-criminal record.  We believe that because of his learning disabilities and without his father he did not grasp the gravity of his actions in decision making. We do think the loss of his father was overwhelming in the lead up of this situation.

I would shudder to think of Cheryl not having her only child in her daily life or him in hers. We would also hate to imagine what will happen to James if his mother is not available to guide him once released.

Very Respectfully,  Robert & Denise Sparkman

From: Barbra Heller

Glendale, AZ 85308-1415

RE: United States V. James Edward Whisenant, Jr. ; 1:22-CR-44        12/18/2022

To: The Honorable Max O. Cogburn, Jr.

Your Honor,

This letter is for your consideration in James's sentencing.
My name is Barbra Heller, 66 years, live in Glendale, AZ. I have worked closely over the years with Sheriff Joe Arpaio, Phoenix Police Department and the Maricopa County Attorneys Office as a volunteer victims advocate, dating back to the Wat Promkunaram Buddhist Temple murder in Aug 1991,

James is my nephew, so I have known him since birth. For awhile living with my sister to help out as James was a very fragile, sickly child, which seemed to aggravate his father. Who I feel was very abusive both mentally and physically toward James. Being only 16 no one listened to me.
His parents divorced and my sister remarried and moved to CA. We came to learn that while she was on active duty, her husband had been sexually abusing James; I think he was about 10 years old.
James has always seemed to be so much younger mentally than his age. Starved for love & understanding and overly trusting and naïve with anyone he was in contact with. He was in counseling for a few years.
I have been out of touch since they moved to VA. Until March 2021, when my sister was undergoing surgery, and I came to help. I noticed that James still didn't seem to mentally be near his age. He still seemed so childlike in many ways. But still so loving with all his huge heart! The way he checked on his mom several times a day, making sure she wanted or needed for nothing, taking care of all the chores of the ranch, grocery shopping and holding down a full time job was commendable.
He was always putting the wants & needs of others before his.

James has been through so many trials & hard times in his life, but has always seems to be eager to learn, adapt and overcome and avoided getting in trouble. With counseling and rehab I don't think there is any chance of reoccurrence.

Sincerely,

Barbra Heller

# Clark G. Scharman

████████████
Chesapeake, VA 23323
cscharman@aimservicesinc.com
████████████

January 3, 2023

To: The Honorable Max O. Coburn, Jr.

Re: United States v. James Edward Whisenant, Jr. 1:22-CR-44

The purpose of this letter is to provide additional first-hand information to assist in the sentencing of James E. Whisenant, Jr.

My name is Clark Scharman. I have been married for 22 years, have six children (4 daughters, 2 sons; ages 21 down to 7) and live in Chesapeake, Virginia. I graduated from the United States Naval Academy in 2000, served for 13 years as a Naval Submarine Officer and resigned in 2013. I started employment with AIM Services, Inc. in 2016 where I came to know James (Jim) Whisenant. I also serve as a Youth Ministry Leader for the Church of Jesus Christ of Latter-day Saints in the Chesapeake and northeastern region of North Carolina.

I started as a project manager then promoted to vice president at AIM Services, Inc. Over the past 6 years, my interactions with Jim have varied from daily when he was working on my projects to weekly or monthly. I also had limited interactions with Jim outside of working hours, mostly riding ATVs at the company-owned property. My professional opinion of James has always been that he is an extremely hard worker, has a strong desire to do a good job, tried hard to represent the company well and serve our customers to best of his ability. I specifically remember Jim staying well after working hours during the early Covid lockdowns in 2020 at a senior living facility in Norfolk to ensure the entire work area was sanitized properly and no one was exposed to greater risk at the facility. He was frequently praised by our customers for his willingness to go beyond the mark.

In full disclosure, I frequently counseled with Jim regarding his interactions with coworkers as his impulsive nature caused him to regularly struggle to get along with others. Although the cause of the verbal altercations I witnessed where rarely Jim's fault alone, he often engaged immaturely with coworkers. As a small crew supervisor, Jim excelled and performed the role with knowledge, competence and was extremely reliable. Many customers requested Jim by name for their projects. Jim has a kind heart and always willing to help a friend. I have great respect for Jim's work ethic and care for his elderly mother.

As a father of four daughters, Jim actions both angered and saddened me. At times, I have sincerely questioned whether Jim was capable of behavior consistent with his age. I know very little of Jim's upbringing and early life, but can't help but wonder how he was taught and his understanding of moral right and wrong.

I have spoken to Jim several times since his arrest and I know he feels the weight of his actions. He sincerely apologized for his actions and expressed gratitude that I did not abandon him. I believe his remorse to be sincere and hold great hope that Jim will change his life. He is reading the bible and is striving to live a devoted Christian life. As a devout member of my church and a former bishop responsible for counseling and providing spiritual leadership for patrons struggling with everything from addiction to temporal welfare, I stand ready to assist Jim in any way I can- as a friend and brother in Christ.

I respectfully request your full consideration of Jim's potential to leave behind his past and move forward as a productive member of society.

With respect,

Clark Scharman

Honorable Judge Cogburn,

My name is Diane Moore, 73 years old, and I am an aunt of James Whisenant. I live in Titusville, Florida, and am retired from the USAF and federal civil service.

My nephew is a very loving person. I have known him his entire life. He takes care of his mom at her home. He helps her with chores on the property. Since my sister was widowed, James provided her with emotional support and has done everything to help her care for their homes, property, and livestock. He respects everyone and he is a very selfless person. He is highly regarded by his coworkers and bosses.

His childhood circumstances weigh heavily upon this event and should be taken into consideration in sentencing. He also has a non-normal IQ and is very immature in most situations. He suffered sexual abuse at the hands of a stepfather at a very young age.

He committed a crime and feels remorseful for everything he did. He is a very loving son to my sister. I believe he is a very honest and kind person.

He is ready to take the punishment for his actions. I believe that being sentenced to jail for a long time will present extreme hardship for my sister without his continued support and assistance during her aging.

After knowing his family situation, I request you to show some leniency towards James Whisenant.

Thanking you for your kindness

 Yours Truly,

*Diane Moore*

Michael L Miller

Chesapeake, Virginia 23322
mmiller@aimservicesinc.com

January 2, 2023

To: The Honorable Max O. Cogburn, Jr.

Re: United States v. James Edward Whisenant, Jr.; 1:22-CR-44

The purpose of this letter is to provide information which I hope will be helpful in the sentencing of James Whisenant, Jr.

My name is Michael L Miller and I live in Chesapeake, Virginia. I am 48 years old and have been married to my wife Laurie for 25 years. We are the parents of five children, three daughters and two sons. Our children are ages 12 to 25. In my personal time I am a lay-leader of my church, where I spend approx. 10-15 hours a week serving the adults and youth of my congregation. In my profession I am the President of AIM Services, Inc. My business was established 20 years ago and is a small federal construction contractor with about 100 employees, with permanent offices in Virginia and Maryland. I was James's employer at the time of his arrest.

Because of the number of employees and the nature of our work, I do not know all of the people who work for me, but I do know James Whisenant, Jr. (Jim) well. I have known Jim for close to 30 years as we both worked for the same prior employer. Jim was one of our early employees and came to work at my company in 2005, just two years after we opened. I had weekly contact with Jim throughout his employment at AIM. I have always had a fondness for Jim because of his work ethic and his eagerness to do a good job. I would encourage our managers to schedule Jim to be the foreman of small crews and would tell them that Jim would go out of his way to do good work and earn any confidence they show to him. I also have a soft spot for Jim because his social skills and his IQ are limited.

As a father, Jim's actions are terrible to me. However, when I heard of his arrest and the charges, I must admit that I felt a great deal of sympathy towards him. I remarked to our HR manager that the police ensnared a 14-year-old in a 40-year-old body. She agreed with me and we both expressed our sadness at the situation.

I have respect for Jim's devotion to his family and his sense of responsibility. Jim lived in a small detached house, built on a tiny farm, with his mother and step-father in rural Virginia. I have been to that farm and his home. A few years ago, Jim's step-father passed and Jim took on most of the responsibilities of running the farm because his elderly mother needed him. He would

work full-time and then spend a large part of his free time doing farm chores. He did so without complaint and felt proud of being able to take care of his mother.

Though I understand that recidivism is high for Jim's crimes, I do think that Jim has a good chance of rehabilitation because of the remorse he has expressed, his sense of duty, the drive he has to live up to expectations, the responsibility he feels to his family, and the understanding I think he now has of the consequences of his actions.

I am sorry that you have the burden to make such weighty decisions and that Jim's actions have put you in that position. It would be my opinion that Jim should be accountable for his actions, but that his mental capacity and lack of maturity should be a significant mitigating consideration. I hope my thoughts are helpful as you decide on sentencing.

I am available at your convenience should you desire any additional information or input.

Respectfully submitted,

*Michael M.*

Michael Miller