UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:22-CR-44 |
| | ) | |
| v. | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM CONCERNING |
| JAMES EDWARD WHISENANT, JR. | ) | RESTITUTION |
| | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, with a stipulation between the parties concerning restitution.

1. **Request from the "███████" Series**

The United States received another restitution request from attorney Deborah Bianco who represents the victim using pseudonym "█████" from a series of child pornography called "████████." Defendant possessed child pornography images of this victim. Defendant has agreed to a restitution order of $3,000 for this victim.

Attorney Bianco informs the undersigned that payments should be made to:

**Deborah A. Bianco in trust for "█████"**
**P.O. Box 6503**
**Bellevue, Washington 98008**

Attorney Bianco requests that checks be made to "Deborah A. Bianco, in trust for █████." Defense counsel has agreed to this request.

2. **Request from the "████████████" Series**

The United States received another restitution request from attorney Deborah Bianco who represents the victim using pseudonym "███" from a series of child pornography called "████

███████." Defendant possessed child pornography videos of this victim. Defendant has agreed to a restitution order of $4,500 for this victim.

Attorney Bianco informs the undersigned that payments should be made to:

**Deborah A. Bianco in trust for "██"**
**P.O. Box 6503**
**Bellevue, Washington 98008**

Attorney Bianco requests that checks be made to "Deborah A. Bianco, in trust for ██." Defense counsel has agreed to this request.

3.  **Request from the "███████████" Series**

The United States received a restitution request from attorney Tanya Hankins who represents the victim using pseudonym "███," from a series of child pornography called "███████." Defendant possessed child pornography videos of this victim. The parties have agreed that Defendant will pay $4,000 in restitution towards this victim.

Attorney Hankins informs the undersigned that payments should be made to:

**Restore the Child in Trust for ██**
**Restore the Child, PLLC**
**2522 N. Proctor Street**
**Suite 85**
**Tacoma, Washington 98406**

Attorney Hankins requests that checks be made to "Restore the Child in Trust for ██." Defense counsel has agreed to this request.

4.  **Request from the "█████████" Series**

The United States received a restitution request from attorney Tanya Hankins who represents the victim using pseudonym "██████," from a series of child pornography called "████████." Defendant possessed a video of child pornography of this victim. The parties have agreed that Defendant will pay $3,500 in restitution towards this victim.

Attorney Hankins informs the undersigned that payments should be made to:

**Restore the Child in Trust for** ▮
**Restore the Child, PLLC**
**2522 N. Proctor Street**
**Suite 85**
**Tacoma, Washington 98406**

Attorney Hankins requests that checks be made to "Restore the Child in Trust for ▮."

Defense counsel has agreed to this request.

5. **Request from the "▮" Series**

The United States received a restitution request from attorney Tanya Hankins who represents the victim using pseudonym "▮," from a series of child pornography called "▮." Defendant possessed videos and images of child pornography of this victim. The parties have agreed that Defendant will pay $5,000 in restitution towards this victim.

Attorney Hankins informs the undersigned that payments should be made to:

**Restore the Child in Trust for** ▮
**Restore the Child, PLLC**
**2522 N. Proctor Street**
**Suite 85**
**Tacoma, Washington 98406**

Attorney Hankins requests that checks be made to "Restore the Child in Trust for ▮."

Defense counsel has agreed to this request.

6. **Request from the "▮" Series**

The United States received a restitution request from attorney Tanya Hankins who represents the victim using pseudonym "▮" from a series of child pornography called "▮." Defendant possessed a video of child pornography of this victim. The parties have agreed that Defendant will pay $3,000 in restitution towards this victim.

Attorney Hankins informs the undersigned that payments should be made to:

The Law Office of Erik Bauer
P.O. Box 1091
Tacoma, Washington 9840

Attorney Hankins requests that checks be made to "Tanya Hankins in Trust for ▮▮▮▮" Defense counsel has agreed to this request.

7. **Request from the "▮▮▮▮▮▮" Series**

The United States received a restitution request from attorney Margaret Mabie who represents the victim using pseudonym "▮▮▮," from a series of child pornography called "▮▮▮▮▮▮." Defendant possessed child pornography images of this victim. The parties have agreed that Defendant will pay $3,000 in restitution towards this victim.

Attorney Mabie informs the undersigned that payments should be made to:

**Marsh Law Firm PLLC**
**ATTN:** ▮▮
**PO Box 4668 #65135**
**New York, NY 10163-4668**

Attorney Mabie requests that payments be made payable to "Marsh Law Firm PLLC in trust for ▮▮." Defense counsel has agreed to this request. Attorney Mabie further requests that payment of restitution towards this victim be made with as much as possible of the full amount paid up front.

8. **Request from the "▮▮▮▮▮▮" Series**

The United States received a restitution request from attorney Carol L. Hepburn who represents the victim using pseudonym "▮▮▮▮," from a series of child pornography called "▮▮▮▮▮▮." Defendant possessed child pornography videos of this victim. The parties have agreed that Defendant will pay $3,500 in restitution towards this victim.

Attorney Hepburn informs the undersigned that payments should be made to:

**Carol L. Hepburn in trust for ▮▮▮▮ of the ▮▮▮▮▮▮ Series**

PO Box 17718
Seattle, Washington 98127

Attorney Hepburn requests that payments be made to "Carol L. Hepburn in trust for ▇ of the ▇ series." Defense counsel has agreed to this request.

9. **Request from the "▇" Series**

The United States received a restitution request from attorney Carol Hepburn who represents the victim using pseudonym "▇y," from a series of child pornography called "▇." Defendant possessed child pornography videos of this victim. The parties have agreed that Defendant will pay $3,500 in restitution towards this victim.

Attorney Hepburn informs the undersigned that payments should be made to:

**Carol L. Hepburn in trust for ▇ of the ▇ Series**
**PO Box 17718**
**Seattle, Washington 98127**

Attorney Hepburn requests that payments be made to "Carol L. Hepburn in trust for ▇ of the ▇ series." Defense counsel has agreed to this request.

10. **Request from the "▇" Series**

The United States received a restitution request from attorney Jade Fisher who represents the victim using pseudonym "▇," from a series of child pornography called "RedGlassesCry." Defendant possessed child pornography videos of this victim. The parties have agreed that Defendant will pay $3,500 in restitution towards this victim.

Attorney Fisher informs the undersigned that payments should be made to:

**Utah Crime Victims Legal Clinic**
**Attn: ▇**
**404 East 4500 South, Ste B24**

Salt Lake City, Utah 84107

Attorney Fisher requests that payments be made to "Utah Crime Victims Legal Clinic in trust for ▓▓▓▓." Defense counsel has agreed to this request.

11. **Request from the "▓▓▓▓▓▓▓▓" Series**

The United States received a restitution request from attorney Sarah Byrne who represents the victim using pseudonym "▓▓," from a series of child pornography called "▓▓▓▓▓▓▓▓." Defendant possessed a child pornography video of this victim. The parties have agreed that Defendant will pay $3,000 in restitution towards this victim.

Attorney Byrne informs the undersigned that payments should be made to:

**Moore & Van Allen PLLC**
**Attn: Sarah Byrne/049549.1**
**100 N. Tryon Street, Suite 4700**
**Charlotte, North Carolina 28202**

Attorney Byrne requests that payments be made to "Moore & Van Allen in trust for ▓ of ▓▓▓▓▓▓▓." Defense counsel has agreed to this request.

12. **Conclusion**

For these reasons, the United States respectfully requests that the Court enter the above restitution orders for each victim. The following table summarizes the amounts:

| Series – Victim Pseudonym | Settlement Amount |
|---|---|
| ███████-███ | $3,000 |
| █████████-█ | $4,500 |
| ██████–██ | $4,000 |
| █████–████ | $3,500 |
| ████–██████ | $5,000 |
| █–████████ | $3,000 |
| ███████–█ | $3,000 |
| ██████–██ | $3,500 |
| █–██████ | $3,500 |
| ████–███ | $3,500 |
| ████–█ | $3,000 |
| **Total** | **$39,500** |

RESPECTFULLY SUBMITTED, this the 16th day of January 2024.

DENA J. KING
UNITED STATES ATTORNEY

/s/ ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY
NC State Bar number 46417
U.S. Courthouse
100 Otis Street, Room 233
Asheville, NC 28801
(828) 271-4661
Email:alexis.solheim@usdoj.gov