IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-CR-44-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES EDWARD WHISENANT, JR., )<br>Defendant. )<br>_____ ) | **WRIT OF EXECUTION** |

TO THE UNITED STATES MARSHAL, HIS DEPUTIES, AND AGENTS:

A judgment was entered on January 16, 2024 (Doc No. 47) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, James Edward Whisenant, Jr., whose last known address is XXXXXXX, Suffolk, VA XXXXX, in the sum of $39,600.00. The sum consists of a special assessment of $100.00 and restitution of $39,500.00. No additional costs or interest were ordered. The balance on the account as of February 13, 2024, is $39,600.00.

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613(a) and 28 U.S.C. § 3203(c)(2)(B) to satisfy the judgment by levying on property in which Defendant James Edward Whisenant, Jr., Social Security Number XXX-XX-6765, has a substantial nonexempt interest, and by executing upon the property being funds in the amount of $39,600.00 held in Account Number ending in 3464 in the Principal Life Insurance Company / Aim Services Inc.

1

Non DFI Simple Individual Retirement Account held in the name of James Edward Whisenant, Jr. and located at the following address:

> PRINCIPAL FUNDS, ATTN: LEGAL DEPARTMENT
> P.O. BOX 219971
> KANSAS CITY, MO 64121-9971

YOU ARE FURTHER COMMANDED to turn over the proceeds of the levied property in the amount of $39,600.00 to the United States District Clerk of Court. The payment must be mailed to:

> U.S. DISTRICT CLERK OF COURT, ATTN: FINANCE DEPT.
> 401 WEST TRADE STREET
> CHARLOTTE, NC 28202

The Clerk of Court shall accept and apply the levied funds to the outstanding restitution. To ensure that the payment is credited properly, the following information should be included on the check: Case Number DNCW1:22CR44 and Defendant's Name, James Edward Whisenant, Jr.

YOU ARE FUTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, and interest, which the Government has advised was $39,600.00 as of February 13, 2024.

Signed: February 16, 2024

W. Carleton Metcalf
United States Magistrate Judge